**Order entered October 11, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00717-CV

**JOE ERVIN LOCKRIDGE, Appellant**

**V.**

**STEPHANIE MARTIN, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-02578**

### ORDER

Before the Court is appellant's October 8, 2021 motion for extension of time on his brief, which he has concurrently filed. Because appellant has filed his brief before the November 1, 2021 deadline, the brief is timely filed and an extension motion is unnecessary. Accordingly, we **DENY** the motion as moot.

/s/    KEN MOLBERG
        JUSTICE